UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No:   05-61243 |
| LARRY EUGENE CLARK JR | | |
| KAREN SUE CLARK | : | CHAPTER 13 |
| 2806 WALLCREST BLVD | | |
| COLUMBUS, OH  43231 | : | Judge:   CHARLES M. CALDWELL |

KAREN SUE CLARK
2806 WALLCREST BLVD
COLUMBUS, OH  43231

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  February 28, 2011                     /s/ Frank M. Pees
                                              Frank M. Pees
                                              Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| LARRY EUGENE CLARK JR & KAREN SUE CLARK<br>2806 WALLCREST BLVD<br>COLUMBUS, OH  43231 | 2.93 |